IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENN C. DORSEY,

    *Plaintiff*,

v.                       Case No.: **4:21cv199-MW/MAF**

PRESIDENT OF THE
UNITED STATES JOE BIDEN,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to prosecute and failure to comply with

a Court Order." The Clerk shall close the file.

**SO ORDERED on August 3, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**